LAW OFFICES

# KANTROWITZ, GOLDHAMER & GRAIFMAN
210 SUMMIT AVE.
MONTVALE, NEW JERSEY 07645

(201) 391-7000
FAX # (201) 307-1086
www.kgglaw.com

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
RISA K. JAMESON**
MICHAEL L. BRAUNSTEIN*

OF COUNSEL
SHARON M. KANTROWITZ*
STEVEN B. ROTHSCHILD**

\* N.Y. & N.J. BAR
\*\* N.Y. BAR ONLY
† N.J., N.Y. & FLA. BAR

AFFILIATE
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
ROCKLAND COUNTY
747 CHESTNUT RIDGE ROAD
SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216
(845) 356-2570
FAX # (845) 356-4335

April 18, 2008

**Via ECF Filing and Overnight Mail**

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

Re: In re Bradley Pharmaceuticals, Inc. Sec. Litig.,
No. 05-cv-1219 PGS-ES

Dear Judge Sheridan:

We are liaison counsel to the plaintiffs in the above-referenced Action. We are writing on behalf of all parties to inform the Court that, as of this week, the parties have agreed in principle to a settlement of this Action. Accordingly, we respectfully request that the April 25, 2008 settlement conference be adjourned.

The parties will submit settlement papers to the court shortly.

Respectfully submitted,

s/ *Gary S. Graifman*
Gary S. Graifman

cc: James P. Flynn, Esq. (via facsimile)
Jamie A. Levitt, Esq (via facsimile)
Jill S. Abrams, Esq. (via facsimile)

SO ORDERED: [signature]
DATED: 4/18/08