ABBEY SPANIER RODD & ABRAMS, LLP
Jill S. Abrams (pro hac vice)
Orin Kurtz (pro hac vice)
212 East 39th Street
New York, New York 10016
Tel: 212-889-3700
Fax: 212-684-5191

Plaintiffs' Lead Counsel

KANTROWITZ, GOLDHAMER & GRAIFMAN
Gary Graifman
210 Summit Avenue
Montvale, New Jersey 07645
Tel: 201-391-7000
Fax: 201-307-1086

Liaison Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*ELECTRONICALLY FILED*

|  |  |
|---|---|
| IN RE BRADLEY PHARMACEUTICALS, INC.<br>SECURITIES LITIGATION | Civil Action No. 05-CV-1219<br>(PGS) (ES) |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, PLAINTIFFS' COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND LEAD PLAINTIFFS' REQUEST FOR REIMBURSEMENT OF THEIR REASONABLE COSTS AND EXPENSES**

PLEASE TAKE NOTICE that Lead Plaintiffs, by their undersigned attorneys, will move before the Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, on June 19, 2008, at 10:00 am, or as soon thereafter as counsel may be heard, as set forth in the Preliminary Approval Order dated February 19, 2009, and the

Supplemental Notice dated April 20, 2009, for an order (a) approving the Settlement; (b) approving the Plan of Allocation; (c) certifying the class for settlement purposes; (d) awarding attorneys' fees to Plaintiffs' counsel; and (e) reimbursing Plaintiffs' counsel and Lead Plaintiffs for their reasonable costs and expenses incurred in connection with this litigation.

In support of their motion, Lead Plaintiffs submit the accompanying: Memorandum of Law; Declaration of Jill S. Abrams; Certification of Gary S. Graifman; Affidavit of Aaron Brody; Declaration of Joseph J. DePalma; and Declaration of Joel B. Strauss. An additional copy of the proposed Order and Final Judgment is submitted herewith.

Dated: June 12, 2009

KANTROWITZ, GOLDHAMER
 & GRAIFMAN

By:   s/ Gary S. Graifman
Gary S. Graifman
210 Summit Avenue
Montvale, New Jersey 07645
Tel: 201-391-7000
Fax: 201-307-1086

Plaintiffs' Liaison Counsel

ABBEY SPANIER RODD & ABRAMS, LLP

Jill S. Abrams (admitted pro hac vice)
Orin Kurtz (admitted pro hac vice)
212 East 39th Street
New York, New York 10016
Tel: 212-889-3700
Fax: 212-684-5191

Plaintiffs' Lead Counsel

STULL, STULL & BRODY
Aaron Brody
6 East 45th Street
New York, New York 10017
Tel: 212-687-7230
Fax: 212-490-2022

Counsel for Plaintiffs the American Welding Co., Inc. and Edward Greene